

**TONI MESSINA, ESQ.**
233Broadway, Suite 901
New York, NY 10279

tonimessinalawyer@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2021
```

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. Enrique Rosado**, 20-cr-00295(VEC)

June 21, 2021

Dear Judge Caproni,

 I am writing on behalf of my client Enrique Rosado.  He is requesting permission to travel to Puerto Rico with his family from July 31, 2021 to August 15, 2021.

   The family is visiting in order to bury his Aunt's ashes, and commemorate the second anniversary of his mother's death. (His mother is buried in Puerto Rico.)

   Neither his pre-trial officer Sean Bostic nor AUSA Brett Kalikow oppose this request.  He has maintained a full-time job driving for FedEx since the crime alleged here, and has been early for every court appearance.

   Thank you for considering this matter.

   Sincerely,


   *Toni Messina, Esq.*
Toni Messina, Esq.
Attorney for Enrique Rosado
233 Broadway, Suite 901
New York, NY10279

646.207.4705

> Application GRANTED.  As the Court mentioned on this morning's teleconference, however, to the extent necessary, Mr. Rosado must tailor his travel plans in accordance with the Court's new tentative trial date of August 23, 2021.
>
> SO ORDERED.
>
> *Valerie Caproni*
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE