```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                :
                                         :
            -against-                    :     20-CR-295 (VEC)
                                         :
ENRIQUE ROSADO,                          :     ORDER
                                         :
                         Defendant.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are scheduled to appear before the Court for a change-of-plea hearing on July 29, 2021, at 11:30 a.m.; and

WHEREAS that time is no longer convenient for the Court;

IT IS HEREBY ORDERED that the July 29, 2021 change-of-plea hearing is RESCHEDULED for July 29, 2021, at **2:15 p.m.**, in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that interested members of the public may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 0295#.  All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Date:  July 21, 2021**                           _____
       **New York, NY**                                **VALERIE CAPRONI**
                                                   **United States District Judge**