```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    UNITED STATES OF AMERICA,                                :
                                                             :
              -against-                                      :    20-CR-295 (VEC)
                                                             :
    ENRIQUE ROSADO,                                          :        ORDER
                                                             :
                                         Defendant.          :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2021

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 29, 2021, the parties appeared before the Court for a change-of-plea hearing;

WHEREAS at the July 29, 2021 hearing, Defendant pled guilty to Counts One and Three of the S1 Superseding Indictment; and

WHEREAS the Court accepted Defendant's guilty plea;

IT IS HEREBY ORDERED that sentencing is scheduled for **November 9, 2021**, at **10:00 a.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  Sentencing submissions from both sides are due not later than **October 26, 2021**.

IT IS FURTHER ORDERED that interested members of the public may dial-in using (888) 363-4749 // Access code: 3121171# // Security code: 0295#.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the instructions, attached.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who

meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client does not meet the requirements.

IT IS FURTHER ORDERED that Defendant's bail is continued pending sentencing, subject to the same conditions as previously existed.

**SO ORDERED.**

**Date:  July 29, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.